# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2686

_____

ALACHUA TODAY, INC.,

Petitioner,

v.

DW ASHTON CATERY, INC., MARY
MORGAN PITTMAN COMBS, and
GARVIN COMBS,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

February 17, 2025

PER CURIAM.

DISMISSED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

H. Bryan Boukari of Boukari Law, P.A., Alachua, for Petitioner.

Leonard E. Ireland, Jr., of Clayton- Johnston, P.A., Gainesville, for Respondents.